MCGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>JAIME SALAS TORRES,                   )<br>                                      )<br>            Defendants.               )<br>_____) | CASE NO. MAG 06-338 EFB<br><br>STIPULATION AND ORDER TO<br>CONTINUE PRELIMINARY<br>EXAMINATION |

The United States, though the undersigned attorney, asks the court to reschedule the preliminary hearing in this case for January 18, 2006. The preliminary hearing is currently set for January 9, 2006. The defense has no objection to the continuance and agrees that January 18, 2006, is an appropriate date. Fed. R. Crim. P. 5.1(d).

The United States intends to indict the defendant, but will not be able to do so until January 11, 2006. Because the government will present this case to the grand jury for indictment on January 11, 2006, rescheduling the hearing date

///

///

1

1  will avoid the time and expense of a full preliminary hearing.
2  As such, the parties agree that good cause is shown to continue
3  the hearing.  Fed. R. Crim. P. 5.1(d).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATE: January 3, 2005          By:      /s/ Michael Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


DATE: January 3, 2005                   /s/ Tara Allen
                                        TARA ALLEN
                                        Attorney for Defendant


**SO ORDERED.** January 4, 2007

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge


torres.ord

2